IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER DAVIS, et al.,** : | |
| : | |
| *Plaintiffs*, : | |
| : | |
| v. : | |
| : | Civil Action No.: 18-cv-04251 |
| **BAYER CORP. et al.,** : | |
| : | |
| *Defendants*. : | |
| : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereto, through their undersigned counsel, hereby stipulate and agree that the within matter between Plaintiffs Jennifer Davis and Bryan Davis, and Defendants Bayer Corporation, Bayer U.S. LLC, Bayer Healthcare, LLC, Bayer Essure Inc., and Bayer Healthcare Pharmaceuticals, Inc., is hereby settled, discontinued, and ended with each party to bear its own costs and attorney's fees.

BY THE PARTIES:

 /s/ T. Matthew Leckman_____
T. Matthew Leckman (PA I.D. No. 92241)
matt@leckmanlaw.com
LECKMAN LAW
527 Bethan Road
Elkins Park, PA 19027
Telephone: (215) 635-0584
Facsimile: (713) 529-8044
*Counsel for Plaintiffs*

 /s/ Christopher R. Boisvert_____
Christopher R. Boisvert (PA I.D. No. 306968)
chip.boisvert@dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
*Counsel for Defendants Bayer Corp., Bayer U.S. LLC, Bayer HealthCare LLC, Bayer Essure Inc., & Bayer HealthCare Pharmaceuticals Inc.*

Dated: April 16, 2021